

# NUMBER 13-24-00511-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MCADAMS PROPANE COMPANY,
JOSEPH JANUARY, AND
CATHIE MCFARLEN,                                                    Appellants,

**v.**

STAR-TEX PROPANE, LLC,                                              Appellee.

## ON APPEAL FROM THE 474TH DISTRICT COURT
## OF MCLENNAN COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellants' motion to dismiss.[1] It appears

appellants no longer wish to pursue the appeal and requests the dismissal of the appeal.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Having considered appellants' motion to dismiss, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs are hereby taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
23rd day of December, 2024.